**Felix DAVIS, Appellant,**

**v.**

**STATE of Texas, Appellee.**

**No. 30375.**

Court of Criminal Appeals of Texas.

Jan. 28, 1959.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This purports to be an appeal from a conviction for a violation of the liquor laws, with punishment assessed at a fine of $500.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by art. 827, C.C.P.

In the absence of a notice of appeal, the jurisdiction of this court does not attach. Restmeyer v. State, Tex.Cr.App., 267 S.W. 2d 422.

The appeal is accordingly dismissed.